UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLI KENNEDY,  )  <br>     Plaintiff,  ) <br> -vs-  ) <br> PEOPLEFIRST HOMECARE &  ) <br> HOSPICE OF INDIANA, LLC,  ) <br>     Defendant.  ) | Case No. 1:19-cv-4799-JRS-MPB |

MOTION TO DISMISS WITH PREJUDICE

Plaintiff by counsel pursuant to Federal Rule of Civil Procedure 41(a)(2) moves the Court to dismiss this case with prejudice, each side to pay its own costs.

*/s/Christopher K. Starkey*
Christopher K. Starkey
Attorney No. 11757-49
406 South Harrison Street
Shelbyville, IN 46176
(317) 550-7608
StarkeyCK@msn.com