UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KELLI KENNEDY, )<br>    Plaintiff, )<br>-vs- )<br>PEOPLEFIRST HOMECARE & )<br>HOSPICE OF INDIANA, LLC, )<br>    Defendant. ) | Case No. 1:19-cv-4799-JRS-MPB |

ORDER DISMISSING CASE WITH PREJUDICE

Upon Plaintiff's Motion To Dismiss With Prejudice filed 1 May 2020, the Court now finds that an order should be issued.

WHEREFORE, this case is DISMISSED with prejudice, each side to pay its own costs. The Court also ORDERS all other just and proper relief in the premises.

Date: 5/4/2020

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF